## MISCELLANEOUS DOCKET

**91–1003.** In re July 1986 Ohio Bar Examination Applicant No. 125, Lloyd Odom Brown, Jr. Lloyd Odom Brown, Jr. is found in contempt and this matter is referred to the Unauthorized Practice of Law Committee.

HOLMES, J., would refund Brown's registration fee and remove his name from the list of active attorneys.

## MISCELLANEOUS DISMISSALS

**92–158.** State v. Garrett. *Cuyahoga County,* No. 58973. *Sua sponte,* cause dismissed for want of prosecution.

**92–354.** Saghafi v. Airadio Corp. *Franklin County,* No. 91AP–853. *Sua sponte,* cause dismissed for want of prosecution.

**92–365.** State, ex rel. Fuller, v. Ward. *Ross County,* No. 1556. Cause dismissed, on appellant's application to dismiss.

**92–396.** Willson v. Bd. of Trustees of Ohio State Univ. *Franklin County,* No. 91AP–144. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Franklin County to certify its record. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 20, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the cross-appeal be, and hereby is, dismissed.

This cause remains pending in all other respects.

**92–396.** Willson v. Bd. of Trustees of Ohio State Univ. *Franklin County,* No. 91AP–144. Cause dismissed, on appellants' application for dismissal.